## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                              Chapter 13

Climmie E Blackwell, JR and Doris J. Blackwell       No.   12-18096

        Debtor                                   Hon.  Deborah L. Thorne

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 15, 2017, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Edwin L. Feld and Marilyn O. Marshall on February 15, 2017.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

<u>**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**</u>

## SERVICE LIST

Climmie E Blackwell, JR and Doris J. Blackwell
4325 179th Street
Country Club Hills, IL 60478

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Edwin L. Feld
Edwin L. Feld & Associates, LLC
1 N. LaSalle Street Suite 1225
Chicago, IL 60602